IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **JOSHUA KIRKLAND**,<br><br>    Plaintiff,<br><br>v.<br><br>**KILOLO KIJAKAZI,** Acting Commissioner of Social Security<br><br>    Defendant. | Case No. 3:17-cv-1729-SI<br><br>**ORDER** |

**Michael H. Simon, District Judge.**

Plaintiff's Motion is hereby granted as follows: Kevin Kerr is awarded an attorney's fee under the Social Security Act, 42 U.S.C. § 406(b), in the amount of $19,754.00, out of which Plaintiff shall be refunded the $5,658.71 already received by counsel under the Equal Access to Justice Act.

Any funds withheld by the Commissioner in anticipation of an order under § 406(b), less an administrative assessment pursuant to 42 U.S.C. § 406(d), may be paid to NW Disability benefits, LLC dba Kerr Robichaux & Carroll (TID 85-3999428), 1 PO Box 14490, Portland, OR 97293, consistent with this order.

**IT IS SO ORDERED.**

DATED this 31st day of January, 2023.

/s/ *Michael H. Simon*
Michael H. Simon
United States District Judge

PAGE 1 – ORDER